UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| JASON DISISTO, | **NOTICE OF MOTION** |
| Plaintiff, | |
| -against- | 15 CV 3296 (GHW) |
| THE CITY OF NEW YORK, New York City Police Department ("NYPD") Officer ("P.O.") JONATHAN MUNOZ (Shield No. 20918), P.O. EDWIN FLOREZ (Shield No. 22262) and P.O. DANIEL CROSS, (Shield No. 2635) in their individual capacities, | |
| Defendants. | |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the Declaration of Douglas LaBarbera in Support with Exhibits, dated February 3rd 2016; and the Defendants' Memorandum of Law in Support of Motion to Stay Pending Officer Munoz's Related Criminal Prosecution dated February 3rd, 2016; and upon all the proceedings had herein, Defendants NEW YORK CITY POLICE OFFICER JONATHAN MUNOZ, Defendant NEW YORK CITY POLICE OFFICER Daniel Cross, Defendant NEW YORK CITY POLICE OFFICER Edwin Florez, and Defendant CITY OF NEW YORK, move before this Court at the United States District for the Southern District of New York, located at 500 Pearl Street, before the Honorable Gregory H. Woods, United States District Judge for an Order staying the herein civil action pending the outcome of the parallel and related criminal case which is pending against Officer Munoz.

**PLEASE TAKE NOTICE,** that Opposition to this motion is due within seven ("7") days after service of this motion.

**PLEASE TAKE NOTICE,** that Replies, if any, are due within three ("3") business days of service of Opposition.

Dated: New York, New York
February 3, 2016

                          Respectfully Submitted,

                          WORTH, LONGWORTH & LONDON, LLP.
                          *Attorneys for Defendants Munoz and Cross*
                          111 John Street, Suite 640
                          New York, NY 10038
                          (212) 964-8038

                          By: _____/s/_____
                              Doug LaBarbera, Esq.

TO: **VIA ECF**

    David Rankin
    Rankin and Taylor
    *Attorneys for Plaintiff*
    11 Park Place, Suite 914
    New York, NY 10007

    Rhiana Swartz
    New York City Law Department
    *Attorneys for Defendant City of New York*
    100 Church Street,
    New York, NY 10007

    John Arlia, Esq.
    Wegner and Arlia
    *Attorney for Defendant P.O. Florez*
    20 Vesey Street, Suite 210
    New York, NY 10007