UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Jason Disisto

        Plaintiff(s),

-against-

The City of New York, et al

        Defendant(s).
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/16

ORDER OF DISCONTINUANCE

15 Civ. 3294(GHW)(FM)

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
              February 5, 2016

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney(s) for Plaintiff Disisto
David Zanker

Agreed and Consented to:

_____

_____
Attorney(s) for Defendant City

Agreed and Consented to:

_____

ORDER OF DISCONTINUANCE   Page Two   Date: 2/5/16

Case: Disistow v. The City of New York, et al

Docket No.: 15 cv 3296 (GHW)(FM)

Additional Parties:

Agreed and Consented to:                    Agreed and Consented to:

_____/s/_____               _____
Doug LaBarbera


Agreed and Consented to:                    Agreed and Consented to:

_____             _____


Agreed and Consented to:                    Agreed and Consented to:

_____             _____