UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

JASON DISISTO,

                                                     Plaintiff,

-against-

THE CITY OF NEW YORK, New York City Police Department ("NYPD") Officer ("P.O.") JONATHAN MUNOZ (Shield No. 20918), P.O. EDWIN FLOREZ (Shield No. 22262) and P.O. DANIEL CROSS, (Shield No. 2635), in their individual capacities,

                                                     Defendants.
----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15CV3296 (GHW) (FM)

**WHEREAS,** plaintiff and defendant City of New York have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
February 25, 2016

RANKIN & TAYLOR
*Attorneys for Plaintiff*
11 Park Place, Suite 914
New York, NY 10007

By: _____
David Rankin
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Rhiana Swartz
*Senior Counsel*

SO ORDERED:

_____
HON. GREGORY H WOODS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2