USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/1/2016__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN DISISTO,

**MEMORANDUM ENDORSED**

**STIPULATION OF
VOLUNTARY
DISMISSAL WITH
PREJUDICE**

Plaintiff,

-against-

15-CV-03296 (GHW) (FM)

THE CITY OF NEW YORK, New York City Police
Department ("NYPD") Officer ("P.O.") JONATHAN
MUNOZ (Shield No. 20918), P.O. EDWIN FLOREZ (Shield
No. 22262) and P.O. JOHN DOE, in their individual
capacities,

Defendants.

-------------------------------------------------------------X

      **WHEREAS**, Plaintiff Jason Disisto ("Plaintiff") commenced this action by the filing of a

Complaint on or about April 28th, 2015 alleging defendants City of New York, New York City

Police Officer Jonathan Munoz, and New York City Police Officer Edwin Florez violated

Plaintiff's federal civil and state common law rights; and

      **WHEREAS**, Defendants have denied any and all liability arising out of Plaintiff's

allegations; and

      **WHEREAS,** Plaintiff amended his Complaint on or about September 24th, 2015 naming

New York City Police Officer Daniel Cross as a Defendant; and

      **WHEREAS**, Defendant Daniel Cross denied any and all liability arising out of Plaintiff's

allegations; and

      **WHEREAS**, Defendants Munoz and Cross asserted cross-claims against Defendant City

of New York on or about October 26th, 2015; and

**WHEREAS**, Defendant City of New York has denied any and all liability arising out of Munoz and Cross' cross-claims; and

**WHEREAS**, Defendants Florez asserted cross-claims against Defendant City of New York on or about October 30th, 2015; and

**WHEREAS**, Defendant City of New York has denied any and all liability arising out of Florez' cross-claims; and

**WHEREAS**, Plaintiff and Defendant City of New York reached a settlement in this matter on or about February 5th, 2016; and

**WHEREAS**, Plaintiff now wishes to voluntarily dismiss all of his claims against Defendants Munoz, Cross, and Florez with prejudice;

**WHEREAS**, Defendants Munoz, Cross, and Florez, now wish to voluntarily dismiss their cross-claims against Defendant City of New York, with prejudice;

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follow:

1.    The above-referenced action is hereby voluntary dismissed against Defendants Munoz, Cross, and Florez, with prejudice, and without costs, expenses, or attorney's fees to those Defendants.

2.    Defendants Munoz, Cross, and Florez' cross-claims against Defendant City of New York are voluntarily dismissed, with prejudice, and without costs, expenses, or attorney's fees to Defendant City of New York.

3.    Nothing contained herein shall be deemed to be an admission by the defendants they have in any manner or way violated Plaintiff's rights, or the rights of any other

2

person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations

of the united states, the State of New York, or the City of New York.

4.     This stipulation shall not be admissible in, nor is it related to, any other litigation

or settlement negotiations.


Dated: New York, New York

_____, 2016


DAVID RANKIN
*Attorney of Plaintiff Jason Disisto*
Rankin & Taylor, PLLC
11 Park Place, Suite 914
New York, New York 10007

By: _____
        David Rankin

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorneys for Defendant City of New  York*
100 Church Street,
New York, New York 10007

By: _____
        Rhiana Swartz


WORTH, LONGWORTH & LONDON LLP
Attorneys for Defendants Munoz & Cross
111 John Street, Suite 640
New York, New York 10038

By: _____ 2/25/16
        Doug LaBarbera

WEGNER & Arlia
*Attorneys of Defendant Florez*
20 Vesey St., Suite 210
New York, New York 10007

By: _____
        John Arlia

person or entity, as defined in the constitution, statutes, ordinances, rules or regulations of the united states, the State of New York, or the City of New York.

4.        This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

Dated: New York, New York

FEB. 25 , 2016

DAVID RANKIN
*Attorney of Plaintiff Jason Disisto*
Rankin & Taylor, PLLC
11 Park Place, Suite 914
New York, New York 10007

By: _____
        David Rankin

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorneys for Defendant City of New York*
100 Church Street,
New York, New York 10007

By: _____
        Rhiana Swartz

WORTH, LONGWORTH & LONDON LLP
Attorneys for Defendants Munoz & Cross
111 John Street, Suite 640
New York, New York 10038

By: _____ 2/25/16
        Doug LaBarbera

WEGNER & Arlia
*Attorneys of Defendant Florez*
20 Vesey St., Suite 210
New York, New York 10007

By _____
        John Arlia

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).

Dated: March 1, 2016
New York, New York

_____
GREGORY H. WOODS
United States District Judge